# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00153-CR

### Ex parte LaDon Kentrall King II

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

LaDon Kentrall King II filed an original petition for a writ of habeas corpus on May 19, 2025. On June 5, 2025, the State filed a motion to dismiss, alleging that this Court does not have jurisdiction over this proceeding. On June 9, 2025, King filed a motion to transfer this proceeding to the Court of Criminal Appeals, acknowledging that this Court does not have jurisdiction over this proceeding. We agree with the parties.

Accordingly, this appeal is dismissed for want of jurisdiction. King's and the State's pending motions are dismissed as moot.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: June 12, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
Do not publish
OT06

